Frank G. MEYERS, Appellant, v. CAPITAL TRANSIT COMPANY, a Corporation, Appellee.

No. 8177.

United States Court of Appeals for the District of Columbia.

Argued Jan. 9, 1942.

Decided Feb. 24, 1942.

Mr. Isadore H. Halpern, of Washington, D. C., for appellant.

Mr. H. W. Kelly, with whom Messrs. S. R. Bowen and R. E. Lee Goff were on the brief, all of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and MILLER and EDGERTON, Associate Justices.

GRONER, C. J.

For the reasons stated in Meyers v. Capital Transit Company, —— App.D.C. ——, 126 F.2d 231, decided today, the judgment in this case is reversed.

Reversed.